# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-00512-DOC-ADSx | Date | June 26, 2023 |
|---|---|---|---|
| Title | Neven S. Tawadros et al v. United States Department of Homeland Security, et al. | | |

**Present: The Honorable**  DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [36], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Any pending Order to Show Cause is hereby discharged.

.

|  | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | kdu | | |